UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

**THOMAS P. KENNY and**                                    09 CV 1422
**PATRICIA D. KENNY**,

                        Plaintiffs,                        **J KUNTZ II**


            -against-                                       *STIPULATION of*
                                                           *DISCONTINUANCE*

**THE CITY of NEW YORK**,
                        Defendants.
-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the
parties to this action, that no party hereto is an infant or incompetent person for whom a
committee has been appointed, that the above entitled action be, and the same is
hereby discontinued with prejudice, without costs, disbursements and attorneys' fees to
any party as against the other, subject to the performance of the settlement agreement,
for which the Court shall retain and have jurisdiction.

An order to effectuate the foregoing may be entered without further notice.

Dated:  June 7, 2012                      Dated:  June    , 2012
MICHAEL D. FLYNN                          CAMACHO MAURO MULHOLLAND, LLP
Attorney for Plaintiffs                   Attorneys for CITY of NEW YORK


BY_____                BY_____
MICHAEL D. FLYNN (MF 2803)                ANDREA CAMACHO
Attorney at Law                           Attorney at Law
5 Penn Plaza 23rd Floor                   350 Fifth Avenue Suite 5101
New York, New York 10001                  New York, New York 10118
212-946-2718                              212-232-1300

DATED:  June    , 2012, Brooklyn, NY

SO ORDERED

_____

Honorable William F. Kuntz, II, USDJ, EDNY